**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

Luis Salas,

       Debtor(s).           /

Case No. 15-20412-BKC-AJC

Chapter 7

**TRUSTEE JACQUELINE CALDERIN'S REPORT OF ABANDONMENT**

JACQUELINE CALDERIN, TRUSTEE, pursuant to Local Rule 2002-1(C)(1)(f)(ii) and 6007-1(A) reports that the following asset(s) were abandoned at the Section 341 Meeting of Creditors on July 20, 2015.

1. \* Glock handgun and Bushmaster rifle, as listed on Line 8 of Schedule B of the Debtor's Bankruptcy Petition.

**Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without the necessity of a hearing or order, if no objection is filed and served within 14 days after the date of the service of this notice.**

Dated: July 23, 2015

                                                   By: */s/ Jacqueline Calderin*
                                                   Jacqueline Calderin, Trustee
                                                   247 SW 8th Street, #880
                                                   Miami, Florida 33130
                                                   T 786.369.8440
                                                   F 786.369.8523
                                                   calderintrustee@gmail.com