UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Luis Salas                    Case No: 15-20412
                                         Chapter 7

_____Debtors_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Withdraw as Attorney of Record and Notice of Hearing was sent to all interested parties on October 5, 2015 as follows:

Certified Mail:

Luis Salas,
7696 NW 168th Street,
Hialeah, FL 33015-4155

Electronically and by U.S. Mail:

Matthew A Petrie, Esq.
Ehrenstein Charbonneau Calderin,
501 Brickell Key Drive #300,
Miami, FL 33131;

Jacqueline Calderin,
47 SW 8 St # 880,
Miami, FL 33130

And to all creditors on the attached matrix.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
Robert Sanchez, Esq., FBN#0442161

| | | |
|---|---|---|
| Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | Amex<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Bank of America<br>POB 982235<br>El Paso, TX 79998 | Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 |
| Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063 | Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 |
| Cbna<br>Ccs Gray Ops Center  541 Sid Martin Rd<br>Gray, TN 37615 | Central Finl Control<br>Po Box 66044<br>Anaheim, CA 92816 | Citi<br>POB 6241<br>Sioux Falls, SD 57117 |
| Citi<br>P.O. Box 6500  C/O Citi Corp<br>Sioux Falls, SD 57117-6500 | Hialeah Mu<br>33 E 6th St<br>Hialeah, FL 33010-4832 | Hialeah Mu<br>33 E 6th St<br>Hialeah, FL 33010-4832 |
| Hialeah Mu<br>33 E 6th St<br>Hialeah, FL 33010-4832 | M & T Bank<br>1 Fountain Plz<br>Buffalo, NY 14203 | Syncb/Lowes<br>Po Box 965005<br>Orlando, FL 32896 |
| United Police FCU<br>400 NW 2nd Avenue #309<br>Miami, FL 33128 | United Police Fcu<br>400 Nw 2nd Ave Rm 309<br>Miami, FL 33128 | United Police Federal Credit Union<br>c/o Williams, Gautier, Gwynn, Deloach & Sorenson, PA<br>POB 4128<br>Tallahassee, FL 32315 |
| WFFNB/Rooms To Go<br>POB 94498<br>Las Vegas, NV 89193-4498 | Wffnb/Rooms To Go<br>Po Box 94498<br>Las Vegas, NV 89193 | |